**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____  Chapter  11

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Tzadik Hidden Hills Apartments, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 87-3076357 |

4. Debtor's address

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 2450 Hollywood Blvd Ste 503<br>Hollywood, FL 33020<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Broward<br>County | **Location of principal assets, if different from principal place of business**<br>Sioux Falls, SD<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor __Tzadik Hidden Hills, LLC_____ Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  Tzadik Hidden Hills Apartments, LLC _____   Case number (*if known*)_____
      Name

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
      Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.  Insurance agency _____
     Contact name _____
     Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    Tzadik Hidden Hills Apartments, LLC                                          Case number (if known)
          Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 9, 2025
               MM / DD / YYYY

X /s/ Adam Hendry
Signature of authorized representative of debtor

Adam Hendry
Printed name

Title   Authorized Agent

**18. Signature of attorney**

X   /s/ Morgan Edelboim
Signature of attorney for debtor

Date   April 9, 2025
       MM / DD / YYYY

Morgan B. Edelboim
Printed name

Edelboim Lieberman PLLC
Firm name

2875 NE 191st Street, Penthouse One
Suite 905
Miami, FL 33180
Number, Street, City, State & ZIP Code

Contact phone   305-768-9909    Email address   morgan@elrolaw.com

FL    40955
Bar number and State

Fill in this information to identify the case:

Debtor name: Tzadik Hidden Hills Apartments, LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 9, 2025        X /s/ Adam Hendry
                                   Signature of individual signing on behalf of debtor

                                   Adam Hendry
                                   Printed name

                                   Authorized Agent
                                   Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: Tzadik Hidden Hills Apartments, LLC
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Breit & Boomsma, P.C. 606 E. Tan Tara Circle Sioux Falls, SD 57108 | | Business Operations | | | | $33,865.63 |
| Conservice LLC P.O. BOX 1500 Hemet, CA 92546 | | Trade debt | | | | $7,101.63 |
| CT Corporation PO Box 4349 Carol Stream, IL 60197 | | Trade debt | | | | $685.00 |
| Midcontinent Communications PO Box 5010 Sioux Falls, SD 57117 | | Trade debt | | | | $1,794.88 |
| Norberg Paints Inc. 326 E 14th Street Sioux Falls, SD 57104 | | Trade debt | | | | $958.67 |
| Novak Sanitary Service - UM Sioux Falls, SD 57107 | | Trade debt | | | | $4,418.40 |
| Nybergs Ace Hardware, Inc. 330 W. 41st Street Sioux Falls, SD 57105 | | Trade debt | | | | $731.34 |
| Plunkett's Pest Control, Inc. 40 52nd Way Northeast Minneapolis, MN 55421 | | Trade debt | | | | $3,149.94 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  Tzadik Hidden Hills Apartments, LLC    Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Presto X 27113 Independence Avenue Sioux Falls, SD 57108 | | Trade debt | | | | $2,769.01 |
| Select Painting, LLC 27313 La Valley Place Harrisburg, SD 57032 | | Trade debt | | | | $29,669.43 |
| Shut the Door Inc dba Garage Door 3509 S. Phillips Avenue Sioux Falls, SD 57105 | | Trade debt | | | | $2,657.81 |
| Sioux Falls Utilities - UM 224 West 9th Street Sioux Falls, SD 57117 | | Trade debt | | | | $10,250.48 |
| TK Elevator Corporation PO Box 3796 Carol Stream, IL 60132 | | Trade debt | | | | $17,114.02 |
| Xcel Energy - UM PO Box 9477 Minneapolis, MN 55484 | | Trade debt | | | | $10,375.06 |
| Xtreme Cleaning Services 311 E Norton Ave Salem, SD 57058 | | Trade debt | | | | $823.05 |

Fill in this information to identify the case:

Debtor name: Tzadik Hidden Hills, LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)

   1a. Real property:
   Copy line 88 from Schedule A/B........................................................................................................ $ 28,150,000.00

   1b. Total personal property:
   Copy line 91A from Schedule A/B..................................................................................................... $ subject to analysis

   1c. Total of all property:
   Copy line 92 from Schedule A/B........................................................................................................ $ 28,150,000.00

### Part 2: Summary of Liabilities

2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............... $ 15,859,000

3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

   3a. Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................................ $ subject to analysis

   3b. Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F........................... +$ 265,570.91

4. Total liabilities .........................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                         $ 16,245,570.91

# United States Bankruptcy Court
## Southern District of Florida

In re: Tzadik Hidden Hills Apartments, LLC

Debtor(s)

Case No.

Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: April 9, 2025

Adam Hendry/Authorized Agent
Signer/Title

Breit & Boomsma, P.C.
606 E. Tan Tara Circle
Sioux Falls, SD 57108


Conservice LLC
P.O. BOX 1500
Hemet, CA 92546


CT Corporation
PO Box 4349
Carol Stream, IL 60197


Midcontinent Communications
PO Box 5010
Sioux Falls, SD 57117


Norberg Paints Inc.
326 E 14th Street
Sioux Falls, SD 57104


Novak Sanitary Service - UM
Sioux Falls, SD 57107


Nybergs Ace Hardware, Inc.
330 W. 41st Street
Sioux Falls, SD 57105


Plunkett's Pest Control, Inc.
40 52nd Way Northeast
Minneapolis, MN 55421


Presto X
27113 Independence Avenue
Sioux Falls, SD 57108


Ryan, LLC
Three Galleria Tower
Dallas, TX 75240


Select Painting, LLC
27313 La Valley Place
Harrisburg, SD 57032


Shut the Door Inc dba Garage Door
3509 S. Phillips Avenue
Sioux Falls, SD 57105


Sioux Falls Utilities - UM
224 West 9th Street
Sioux Falls, SD 57117


TK Elevator Corporation
PO Box 3796
Carol Stream, IL 60132

Tzadik Management Group
5003 W. 12th Street
Sioux Falls, SD 57117


Tzadik Taylor's Place, LLC
11098 BISCAYNE BLVD SUITE 20
Miami, FL 33161


Xcel Energy - UM
PO Box 9477
Minneapolis, MN 55484


Xtreme Cleaning Services
311 E Norton Ave
Salem, SD 57058

## UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

In Re:
Tzadik Hidden Hills Apartments, LLC

Case Number
Chapter 11

_____ Debtor(s)   /

### DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES, FILING FEE APPLICATIONS AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, Application to Pay Filing Fee in Installments, Application for Waiver of the Chapter 7 Filing Fee, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

**Check all documents that apply to this declaration**

- ☐ Application by Individual Debtor to Pay Filing Fee in Installments
- ☒ Voluntary petition signed by me on   April 9, 2025
- ☐ Schedules signed by me on
- ☐ Statement of Financial Affairs signed by me on
- ☐ Statement of Social Security Number(s) signed by me on
- ☐ Statement of *Current Monthly Income (OBF 22)* signed by me on

- ☐ Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments
- ☐ Amended voluntary petition signed by me on
- ☐ Amended schedules signed by me on
- ☐ Amended Statement of Financial Affairs signed by me on
- ☐ Amended Statement of Social Security Number(s) signed by me on
- ☐ Amended Statement of *Current Monthly Income (OBF 22)* signed by me on

I, ____Adam Hendry____, the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1. I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2. I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties of perjury) in the same manner as though signed or subscribed.

3. I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4. I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

*/s/ Adam Hendry*
**Signature of Debtor**
**(If non individual, authorized corporate representative)**

**Signature of Joint Debtor (if applicable)**

Adam Hendry
**Print or Type Name (and title if applicable)**

**Print Name**

Morgan B. Edelboim
**Print or Type Name of Attorney for Debtor**

305-768-9909
**Phone:**

LF-11 (rev. 03/06/12)
Software Copyright (c) 1996-2025 Best Case, LLC   - www.bestcase.com

Best Case Bankruptcy

# WRITTEN CONSENT OF MANAGING MEMBER AND MEMBER OF TZADIK HIDDEN HILLS APARTMENTS, LLC

Through this Written Consent, on April 9, 2025, the Managing Member and member of Tzadik Hidden Hills Apartments, LLC, a Delaware limited liability company (the "Company"), the following resolutions have been adopted:

**BE IT RESOLVED** that notwithstanding any term(s) or provision(s) (the "Other Provisions") of any agreement(s) or understanding(s) to the contrary to which the Company is a party, whether written or verbal ("Other Agreements"), and to the extent there are any such Other Provisions or Other Agreements, these resolutions shall hereby control, supersede and replace such Other Provisions, and any such Other Agreements are hereby modified to reflect the terms and provisions set forth in these resolutions.

**BE IT FURTHER RESOLVED** that the Company authorizes and empowers Adam M. Hendry (the "Manager") to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida (Broward Division) on behalf of the Company, which filing is hereby approved (the "Chapter 11 Proceedings"); and

**BE IT FURTHER RESOLVED** that the Manager is hereby authorized and directed, in the name of the Company and on its behalf, to seek such orders from the Bankruptcy Court, including without limitation, orders regarding the operation of the business and the financing thereof, as any of them may deem necessary or advisable during the pendency of the Chapter 11 Proceedings, including taking any and all action necessary to comply with the duties and obligations of the Company under and related to the Bankruptcy Code, and in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits or other materials, including a disclosure statement and plan of reorganization, as the Manager may deem necessary or advisable and to retain all assistance from legal counsel, accountants, consultants and other professionals, and to take any and all actions, as they, or any one of them, deem necessary or advisable with respect to the Chapter 11 Proceedings; and

**BE IT FURTHER RESOLVED**, that the Manager is hereby authorized to immediately take any and all actions necessary to effectuate an orderly and efficient bankruptcy filing so as to maximize the value of such assets for the benefit of creditors in the Chapter 11 Proceedings; and

**BE IT FURTHER RESOLVED** that the Company, through its Manager, is authorized (i) to retain the law firm of Edelboim Lieberman PLLC ("EL Law") as general bankruptcy counsel to render legal services to and to represent the Company in connection with the Chapter 11 Proceedings and any other matters in connection therewith, including without limitation, in the preparation and prosecution of the Chapter 11 case and all proceedings arising out of or related thereto upon such terms as set forth in the Engagement Agreement; and (ii) subject to Bankruptcy Court of approval, to retain on behalf of the Company such other professionals that the Company deems necessary or advisable to represent or assist the Company as is necessary in connection with the Chapter 11 Proceedings upon such terms as are necessary; and

**BE IT FURTHER RESOLVED** that the Company is hereby authorized to pay EL a retainer in an amount agreed to by the Company through the Manager and EL Law up to

$175,000.00 for bankruptcy costs and services plus such other amounts as set forth in the Engagement Agreement and as authorized by the United States Bankruptcy Court; and

**BE IT FURTHER RESOLVED**, that the Manager of the Company is hereby authorized, empowered and directed to do all things and to take all actions which such officers may deem necessary or advisable to accomplish the purposes and intent of the foregoing resolutions; and

**BE IT FURTHER RESOLVED,** that any and all actions previously taken by any director, member, manager, officer, employee or agent of the Company regarding or related to the Company's liquidation and/or restructuring or the subject matter of any and all of the foregoing resolutions are hereby ratified, confirmed and approved in all respects; and

**BE IT FURTHER RESOLVED**, that the members are authorized to execute these resolutions in counterparts, each of which shall constitute an original, and all of which shall constitute one articulation of these members' resolutions and that the members may execute via an electronic signature and provide the executed resolution in electronic format; and

**BE IT FURTHER RESOLVED** that the foregoing resolutions shall be effective as of the April 9, 2025.

**TZADIK HIDDEN HILLS APARTMENTS LLC**

By: *[signature]*
By: Adam Hendry
As Managing Member of Tzadik Hidden Hills Apartments, LLC

By: *[signature]*
By: Adam Hendry
As Common Member of Tzadik Hidden Hills Apartments, LLC